IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---x

FRUIT STREET HEALTH PBC, and LAURENCE N. GIRARD,

: Civil Action No. 1:22-cv-00359

Plaintiffs,

- against-

GREEN CAPITAL FUNDING, LLC,
YELLOWSTONE CAPITAL, LLC,
ADVANCE MERCHANT SERVICES, LLC
MAX RECOVERY GROUP, LLC
YITZHAK STERN, DAVID GLASS
LMF TRADING GROUP, LLC
SVP FUNDING, LLC, SALVATORE LASPISA
and ANES D. HADZIFEJZOVIC a/k/a ALEX HADZ

Defendants

---x

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

**PLEASE TAKE NOTICE** that it is hereby stipulated and agreed by undersigned counsel for all parties that this matter is hereby dismissed with prejudice and without costs.

Dated: February 28, 2022

| MURRAY LEGAL, PLLC | WHITE AND WILLIAMS LLP |
|---|---|
| By: /s/ Christopher R. Murray<br>Christopher R. Murray, Esq.<br>170 Old Country Road, Suite 608<br>Mineola, New York 11501<br>(516) 260-7367<br>cmurray@murraylegalpllc.com<br>*Attorneys for Defendant,*<br>*Max Recovery Group, LLC* | By: /s/ Shane R. Heskin<br>Shane R. Heskin, Esq.<br>7 Times Square, Suite 2900<br>New York, New York 10036-6524<br>(215) 864-6329<br>heskins@whiteandwilliams.com<br>*Attorneys for Plaintiff* |

-1-

28502750v.1

**PROSKAUER ROSE, LLP**

By: *David A. Picon*

By: _____
David A. Picon, Esq.
Matthew J. Morris, Esq.
11 Times Square
New York, New York 10036
(212) 969-3000
dpicon@proskauer.com
mmorris@proskauer.com
*Attorneys for Defendants, Green Capital Funding, LLC, Yellowstone Capital, LLC, Advance Merchant Services, LLC, Yitzhak Stern*

**MENDELBERG, P.C.**

By: _____
Gabriel Mendelberg, Esq.
75 Maiden Lane
New York, New York 10038
(646) 791-3611
gabe@mendelberglaw.com
*Attorneys for Defendant, David Glass*

**COLE SCHOTZ, P.C.**

By: _____
Jason R. Finkelstein, Esq.
25 Main Street
Hackensack, New Jersey 07601
(201) 525-6293
jfinkelstein@coleschotz.com
*Attorneys for Defendants, Salvatore Laspisa and Anes D. Hadzifejzovic*

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ
3/9/22

28502750v.1